IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER ELIZABETH GARRETT | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, | : | NO. 14-6371 |
| Acting Commissioner of Social Security | : | |

ORDER

AND NOW, this 7th day of October, 2015, upon consideration of plaintiff Jennifer Elizabeth Garrett's objections (docket entry #22) to the Honorable Jacob P. Hart's Report and Recommendation (docket entry #21), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's objections to Judge Hart's Report and Recommendation are OVERRULED;

2. Judge Hart's Report and Recommendation is APPROVED and ADOPTED;

3. Plaintiff's request for review is DENIED;

4. The decision of the Acting Commissioner is AFFIRMED; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.